REYNALDO DE LOS SANTOS, ETC., ET AL. v.
SADDLEHILL, INC., ETC., ET AL.

February 27, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. STEFAN PASQUA.

February 27, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH B. ORR.

February 27, 1987.

Petition for certification denied.

IN THE MATTER OF KAREN CURRY, CHARGED WITH
CONTEMPT OF COURT.

February 27, 1987.

Petition for certification denied.